IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02842-CMA-MEH

GREENWOOD CAPITAL PARTNERS, LLC,

      Movant.

EPCO HOLDINGS, INC.,

      Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING, LLC,

      Defendants and Third Party Plaintiffs,

v.

MANUEL GALLEGOS, and
SIERRA CONSULTING GROUP, INC.,

      Third Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2011.**

      The Stipulated Motion to Withdraw as Moot Motion to Quash Subpoena to Produce Documents [filed February 22, 2011; docket #22] is **granted**.  The Motion to Quash Subpoena to Produce Documents filed by Greenwood Capital Partners, LLC in this matter [filed November 22, 2010; docket #1] is hereby **withdrawn**.  The hearing on the motion scheduled for February 25, 2011, is **vacated**.